## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

SCOTTSDALE INSURANCE
COMPANY,

     **Plaintiff,**

v.

Case No. SA-21-CV-00943-JKP

WIND ENERGY TRANSPORT, LLC;
XS HEAVY HAUL, INC.; JESSE
MILLER; JOHN MALENKY; and
PATRICIA TWA, individually and as
representative of the estate of Charles
Twa,

     **Defendants.**

### ORDER OF DISMISSAL

Based upon the *Notice of Dismissal*, (ECF No. 14), this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). When plaintiffs satisfy the requirements of Rule 41(a)(1)(A), the case may be voluntarily dismissed without a court order. Because no answer has been filed, Plaintiff  has complied with Rule 41(a)(1)(A)(i) and there is no need for a court order of dismissal. Plaintiff, nevertheless, moves the Court to dismiss the matter and requests the entry of an order of dismissal.

The proper procedure for obtaining a court ordered dismissal is to file a motion to dismiss under Fed. R. Civ. P. 41(a)(2), not a notice of dismissal under Rule 41(a)(1)(A)(i) or a stipulation of dismissal under Rule 41(a)(1)(A)(ii). Although Plaintiff has complied with the procedure for obtaining a dismissal without court order, it requests that the Court issue a formal order of dismissal. Even though such an order is unnecessary under the Federal Rules of Civil Procedure, the Court issues this order. Pursuant to the *Notice of Dismissal* filed by Plaintiff, the Court dismisses all claims made in this action without prejudice. **The Clerk of Court is directed to close this case**.

     It is so ORDERED this 7th day of February 2022.

                      _____
                      JASON PULLIAM
                      UNITED STATES DISTRICT JUDGE